CARLIE CHRISTENSEN, United States Attorney (#633)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2010 SEP 15 P 12: 27

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | 18 U.S.C. § 844(i), Arson Damaging Property in Interstate Commerce |
| vs. | : | (Counts 1 and 3); |
| WALTER EDMUND BOND, | : | 18 U.S.C. § 43, Force, Violence and Threats Involving Animal Enterprises |
| Defendant. | : | (Counts 2 and 4) |

Case: 2:10-cr-00844
Assigned To : Stewart, Ted
Assign. Date : 9/15/2010
Description: USA v

The Grand Jury charges:

## COUNT 1

On or about June 5, 2010, in the Central Division of the District of Utah,

**WALTER EDMUND BOND,**

the defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce, including the building and contents of a Tandy Leather Factory Store in Salt Lake City, Utah; all in violation of Title 18, Section 844(i) of the United States Code.

1

### COUNT 2

On or about June 5, 2010, in the Central Division of the District of Utah,

**WALTER EDMUND BOND**,

the defendant herein, did travel in interstate commerce, for the purpose of damaging and interfering with the operations of a Tandy Leather Factory Store, an animal enterprise, and in connection with that purpose, did intentionally damage and cause the loss of real and personal property used by an animal enterprise, which damage and loss exceeded $10,000.00, including products, as well as the interior and exterior of the building; all in violation of Title 18, Sections 43(a) and 43(b)(2) of the United States Code.

### COUNT 3

On or about July 2, 2010, in the Central Division of the District of Utah,

**WALTER EDMUND BOND**,

the defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce, including the building and contents of Tiburon Fine Dining, a restaurant in Sandy, Utah; all in violation of Title 18, Section 844(i) of the United States Code.

## COUNT 4

On or about July 2, 2010, in the Central Division of the District of Utah,

**WALTER EDMUND BOND,**

the defendant herein, did travel in interstate commerce, for the purpose of damaging and interfering with the operations of the Tiburon Fine Dining restaurant, an animal enterprise, and in connection with that purpose, did intentionally damage and cause the loss of real and personal property used by an animal enterprise, which damage and loss exceeded $10,000.00, including the interior and exterior of the building; all in violation of Title 18, Sections 43(a) and 43(b)(2) of the United States Code.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

_____
JOHN W. HUBER
Assistant United States Attorney