# Attachment A







# VFL
## Vegan For Life



- **WE BELIEVE** that Veganism is a universal truth and moral imperative, because if everyone practiced it, it would be the end of animal suffering, exploitation and death.
- **WE BELIEVE** just because you have the ability to use animals does not give you the right to.
- **WE BELIEVE** if you truly love animals, the least you can do is not use them or their byproducts.
- **WE BELIEVE** people only pretend only not to understand our very basic and compassionate lifestyle because they don't want to change their behaviors.
- **WE BELIEVE** if you're not Vegan for life, you were never Vegan at all.
- **WE BELIEVE** that Veganism is not an adequate diet for your health; it is a superior one.
- **WE BELIEVE** drug and alcohol use is harmful, unnecessary, breeds apathy, and is most often: not Vegan.
- **WE BELIEVE** in speaking for those who cannot speak for themselves, not speaking for our own self interests, or human interests, in the name of suffering animals.
- **WE BELIEVE** in ferocity instead of pacifism.

## ANIMAL LIBERATION! WHATEVER IT MAY TAKE!

## Pre-Prison "Vegan For Life" Flier by ALF Prisoner Walter Bond













